# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLEEN Y. QUIAMBAO,<br><br>                          Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>                         Defendant. | Case No. 17-cv-02305-BAS-RBB<br><br>**ORDER GRANTING MOTION FOR ATTORNEY'S FEES (ECF No. 17)** |

After successfully representing a Social Security disability benefits claimant, Ms. Quiambao, in federal court, her counsel seeks attorney's fees in the amount of $10,000. (Mot. for Atty's Fees, ECF No. 17.)  The Government, in its role "resembling that of a trustee," *see Gisbrecht v. Barnhart,* 535 U.S. 789, 798 n.6 (2002), takes no position with respect to the request. (ECF No. 19.)  The Court agrees that the requested attorney's fees are reasonable and **GRANTS** the request.

Counsel entered into a contingency agreement with Plaintiff whereby she agreed to pay 25% of past-due benefits awarded. (ECF No. 17-7.)  After a successful appeal to this Court and remand to the Commissioner, Plaintiff was awarded past due benefits of $84,601.00. (Mot. for Atty's Fees Attachs. A and B.)

1  Under 42 U.S.C. §406(b)(1)(A), counsel for a successful claimant, appealing the
2  denial of Social Security disability benefits, may receive a fee if the Court determines the
3  fee requested is reasonable and "not in excess of twenty-five percent of the total of the past-
4  due benefits to which the claimant is entitled" by reason of such appeal.  Generally, a Court
5  is required to credit a contingency fee agreement but may reduce the amount of the award
6  for substandard performance, delay, or benefits that are not proportionate to the time spent
7  on the case.  *Crawford v. Astrue*, 586 F.3d 1142, 1151 (9th Cir. 2009).  In this case, counsel
8  requests less than the 25% contingency fee and documents 56 hours expended in pursuing
9  the appeal in the federal district court.  (ECF No. 17-4.)

10  The Court, therefore, finds that the requested attorney's fees in the amount of
11  $10,000 is reasonable and should not be reduced.  The Motion for Attorney's Fees in the
12  amount of $10,000 (ECF No. 17) is **GRANTED**.

13  **IT IS SO ORDERED.**

15  **DATED: January 28, 2021**

Hon. Cynthia Bashant
United States District Judge